| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:05-CR-86(3) |
| | § | |
| ROGER WAYNE WILKES | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and recommendation on plea of true (#150). The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The defendant waived his right to be present and allocute at sentencing, and the parties have not objected to Judge Giblin's report. The Court **ORDERS** that the findings of fact and recommendation on plea of true (#150) are **ADOPTED.** The Court finds that the defendant, Roger Wayne Wilkes, violated conditions of his supervised release. The Court **REVOKES** his term of supervision. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court **ORDERS** the defendant to serve a term of six (6) months imprisonment for the revocation, with no additional term of supervision to follow.

SIGNED at Beaumont, Texas, this 10th day of May, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE